IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **RICHARD CHAVEZ and ESTEVAN CASAS,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> VS. ) <br> ) <br> **KUMHO TIRE CO., INC. and KUMHO TIRE** ) <br> **U.S.A., INC.; and** ) <br> ) <br> **VERONICA LOPEZ TREVINO,** ) <br> **INDIVIDUALLY, and VERONICA LOPEZ** ) <br> **TREVINO d/b/a SCORPION TRUCKING,** ) <br> ) <br> **Defendants.** ) | **CA NO. 7:13-CV-00063** <br><br> **JURY DEMANDED** |

## THE PARTIES' JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE U.S. DISTRICT JUDGE RICARDO HINOJOSA:

COME NOW Richard Chavez and Estevan Casas ("Plaintiffs") and Kumho Tire Co., Inc., Kumho Tire U.S.A., Inc. ("Defendants"), and state that all matters in controversy between the parties in the above-entitled lawsuit have been resolved. Plaintiffs therefore no longer wish to prosecute this lawsuit against Defendants. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby jointly file this stipulation of dismissal **WITH PREJUDICE**, which is signed by all remaining parties in the above-entitled lawsuit. *See* FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, Plaintiffs and Defendants request that the Court enter a Final Judgment in this lawsuit dismissing all of Plaintiffs' claims against Defendants **WITH PREJUDICE** and without costs to either party.

A proposed Final Judgment is attached hereto.

**AGREED TO BY:**

By:  /s/ Chris Pearson
       Chris Pearson
       State Bar No. 15690440

Germer Beaman & Brown, PLLC
301 Congress Avenue, Suite 1700
Austin, Texas 78701
(512) 472-0288
(512) 472-0721 - Fax

**COUNSEL FOR DEFENDANT KUMHO TIRE U.S.A., INC. AND KUMHO TIRE CO., INC.**

By:  /s/ Wendell P. Martens, Jr.
       Gary Scott Marshall
       State Bar No. 24077207
       John Blaise Gsanger
       State Bar No. 00786662
       Wendell P. Martens, Jr.
       Federal Bar Number - 35018
       State Bar No. 24002528

The Edwards Law Firm
802 N. Carancahua, Suite 1400
Corpus Christi, Texas 7840
(361) 698-7600
(361) 698-7614 – Fax

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 1st day of April, 2014, I caused to be electronically submitted the foregoing document with the clerk of court for the U.S. District Court for the Southern District of Texas, using the electronic case files system of the Court. I hereby certify that I have caused all counsel of record to be electronically served via the Court's CM/ECF system.

Wendell P. Martens, Jr.
The Edwards Law Firm
802 N. Carancahua, Suite 1400
Corpus Christi, Texas 7840
**COUNSEL FOR PLAINTIFFS**

                                        /s/ Chris Pearson